# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

| | |
|---|---|
| CRISTALLA CONDOMINIUM ASSOCIATION, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AFFILIATED FM INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:16-cv-1838<br><br>COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES<br><br>**JURY DEMANDED** |

Plaintiff Cristalla Condominium Association (the "Association") alleges as follows:

## I. PARTIES

1. The Association is a non-profit corporation organized under the laws of Washington. The members of the Association are owners of units that comprise Cristalla Condominium, located at 2033 2nd Avenue in Seattle, Washington.

2. On information and belief, Defendant Affiliated FM Insurance Company ("AFM") is a Rhode Island corporation with its principal place of business in Rhode Island.

COMPLAINT FOR DECLARATORY RELIEF & DAMAGES - 1

**H**ARPER | **H**AYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

## II. JURISDICTION & VENUE

3. Subject matter jurisdiction is proper under 28 U.S. 1332(a)(1) because AFM and the Association are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred here, and under §§ 1391(b)(1), (c)(2), and (d) because AFM is subject to the Court's personal jurisdiction with respect to this action.

## III. CLAIMS

5. AFM issued a series of property insurance policies to the Association, including policy number SE922 with a May 1, 2014 to May 1, 2015 policy period; and policy number TK193 with a May 1, 2015 to May 1, 2016 policy period.

6. The Named Insured under the Policies is Cristalla Condominium Association, and the property insured under the Policies includes the common elements of Cristalla Condominium.

7. On April 1, 2015, the Association submitted a claim for water damage to the Condominium.

8. AFM acknowledged the water damage was covered and, in May 2015, AFM paid the Association $38,446.63 for covered damage.

9. No member of the Association or anyone on its behalf told AFM that the water damage that was the subject of the April 1, 2015 notice resulted from a single storm, a single rain event, or anything other than ongoing water intrusion.

COMPLAINT FOR DECLARATORY RELIEF & DAMAGES - 2

**H**ARPER | **H**AYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

10. Before issuing the $38,446.63 payment, AFM did not investigate whether the water damage resulted from a single storm, single rain event, or anything other than ongoing water intrusion.

11. On July 24, 2015, the Association notified AFM that the water damage at the Condominium was more extensive than what AFM had previously identified and paid for.

12. Notwithstanding the fact that AFM had acknowledged coverage for the water damage, AFM refused to issue any additional payment to the Association.

13. An actual controversy exists between the Association and AFM concerning the rights and obligations of the parties under the Policies.  The Association is entitled to a declaration regarding these rights and obligations, including a declaration that one or more of the Policies cover the unreimbursed water damage to the Condominium.

14. AFM owes contractual duties to the Association under the Policies, which duties AFM has breached, proximately causing damage to the Association in an amount to be proven at trial.

15. AFM violated 284-30-330(1) and 284-30-350(1), and as a result violated RCW 48.30.015(5), by claiming that the AFM Policies require the insured to "identify the specific date that water damage occurred and the cost associated with each respective occurrence" to be entitled to coverage under the Policies.

16. AFM violated WAC 284-30-330(2), WAC 284-30-330(3), and WAC 284-30-370, and as a result violated RCW 48.30.015(5), by failing to act reasonably promptly with respect to the Association's claim and by failing to complete AFM's investigation within 30 days.

COMPLAINT FOR DECLARATORY RELIEF & DAMAGES - 3

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

17. AFM violated WAC 284-30-330(4), and as a result violated RCW 48.30.015(5), by refusing to pay the Association's claim without conducting a reasonable investigation.

18. AFM violated WAC 284-30-380, and as a result violated RCW 48.30.015(5), by failing to notify the Association within fifteen working days after receipt by AFM of the Association's fully completed and executed proof of loss whether the Association's claim had been accepted or denied, and by denying the claim on the grounds of a specific policy provision, condition, or exclusion that was not included in the denial.

19. AFM's violations of WAC 284-30-300 *et seq.* also constitute a breach of the Washington Consumer Protection Act, RCW 19.86.020.

20. AFM violations of WAC 284-30-300 *et seq.*, RCW 48.30.015, and RCW 19.86.020 proximately caused harm to the Association in an amount to be proven at trial.

21. More than 20 days before filing this lawsuit, the Association provided AFM with written notice of the basis for this cause of action, in accordance with RCW 48.30.015(8), and AFM failed to resolve the basis for this action within twenty days after receipt of the Association's notice.

## IV. RELIEF REQUESTED

1. A declaration as to the rights and obligations of the parties;

2. An award of money damages in an amount to be proven at trial;

3. An award of pre- and post-judgment interest as allowed by law;

4. An award of attorney's fees and other costs and expenses of litigation pursuant to applicable statute, regulation, common law, or recognized ground in equity;

COMPLAINT FOR DECLARATORY RELIEF & DAMAGES - 4

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

1    5.    An award of punitive damages as allowed by applicable law; and

2    6.    Such other and further relief as this Court deems just and proper.

### V. JURY DEMAND

The Association demands a trial by jury pursuant to Fed. R. Civ. P. 38.

DATED this 29th day of November 2016.

HARPER | HAYES PLLC

By: s/*Todd C. Hayes*
    Todd C. Hayes, WSBA No. 26361
    600 University Street, Suite 2420
    Seattle, WA  98101
    **Tel**.    206.340.8010
    **Fax**.    206.260.2852
    **Email**: todd@harperhayes.com
    Attorneys for Plaintiff

COMPLAINT FOR DECLARATORY RELIEF & DAMAGES - 5

**H**ARPER | **H**AYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852