The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRISTALLA CONDOMINIUM ASSOCIATION, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AFFILIATED FM INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:16-cv-1838<br><br>STIPULATED MOTION RE: DUE DATE FOR FILING OF DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES<br><br>**NOTE ON MOTION CALENDAR:**<br>**January 30, 2016** |

COME NOW the parties, Plaintiff Cristalla Condominium Association ("Cristalla"), and Defendant Affiliated FM Insurance Company ("AFM"), by and through their counsel of record herein, and hereby stipulate and agree to this Court's entry of the subjoined, agreed Order below for the reasons set forth herein.

**STIPULATION**

1. Plaintiff Cristalla and Defendant AFM stipulate to this Court's entry of the agreed Order below extending the time by which AFM must file its Answer and Affirmative Defenses to Cristalla's Complaint by one week.

---

STIPULATED MOTION RE: DUE DATE FOR DEF.'S
ANSWER AND AFFIRMATIVE DEFENSES
(Cause No. 2:16-cv-1838) – 1
SMS6500.018/2456161x



WILSON   901 FIFTH AVENUE, SUITE 1700
SMITH    SEATTLE, WASHINGTON 98164
COCHRAN  TELEPHONE: (206) 623-4100
DICKERSON   FAX: (206) 623-9273

2. The parties stipulate to this extension due to AFM and its counsel requiring additional time, due to client and attorney availability issues, to ensure the Answer and Affirmative Defenses is fully reviewed and approved by AFM prior to filing, and in order to prevent the filing of an incomplete/inaccurate Answer that may require future amendment.

3. AFM's counsel of record executed a Waiver of the Service of Summons regarding Plaintiff's Complaint on November 30, 2016, thus requiring AFM's Answer and Affirmative Defenses be filed by January 30, 2017 (60 days), per Fed. R. Civ. Pro. 4(d)(3). Plaintiff hereby agrees to afford AFM an additional week, such that its Answer and Affirmative Defenses are due filed by Monday, February 6, 2017.

4. In order to keep the Court apprised of the parties' agreement to vary the due date for the filing of AFM's Answer and Affirmative Defenses, and to secure the Court's approval of their agreement, the parties bring this Stipulated Motion.

## ORDER

THIS MATTER having come on regularly for hearing upon the Stipulation of Plaintiff Cristalla and Defendant AFM, above, and the Court being fully advised, now, therefore, it is hereby **ORDERED, ADJUDGED and DECREED** that the Answer and Affirmative Defenses of Defendant Affiliated FM Insurance Company to Plaintiff's Complaint for Declaratory Relief and Damages (Dkt. #1) shall be due filed in this matter on or before **February 6, 2017.**

DATED: Feb. 2, 2017



The Honorable Robert S. Lasnik
United States District Judge

STIPULATED MOTION RE: DUE DATE FOR DEF.'S
ANSWER AND AFFIRMATIVE DEFENSES
(Cause No. 2:16-cv-1838) – 2
SMS6500.018/2456161x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1  Presented by:

2  By: *s/ Maria E. Sotirhos*
3       Scott M. Stickney, WSBA No. 14540
        stickney@wscd.com
4       Maria E. Sotirhos, WSBA No. 21726
        sotirhos@wscd.com
5     WILSON SMITH COCHRAN DICKERSON
      901 Fifth Avenue, Suite 1700
6     Seattle, WA 98164
      (206) 623-4100 phone
7     (206) 623-9273 fax
8  Attorneys for Defendant
   Affiliated FM Insurance Company
9

10
   By: *s/ Todd C. Hayes*
11      Todd C. Hayes, WSBA No. 26361
        todd@harperhayes.com
12    HARPER | HAYES PLLC
      One Union Square
13    600 University St., Ste. 2420
14    Seattle, WA 98101
      (206) 340-8010 phone
15    (206) 260-2852
16 Attorneys for Plaintiff
   Cristalla Condominium Association
17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION RE: DUE DATE FOR DEF.'S
ANSWER AND AFFIRMATIVE DEFENSES
(Cause No. 2:16-cv-1838) – 3
SMS6500.018/2456161x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273