THE HONORABLE ROBERT S. LASNIK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

| | |
|---|---|
| CRISTALLA CONDOMINIUM ASSOCIATION, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AFFILIATED FM INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:16-cv-1838 RSL<br><br>STIPULATED MOTION & PROPOSED ORDER TO AMEND ORDER SETTING TRIAL DATE AND RELATED DATES<br><br>NOTE ON MOTION CALENDAR:<br>September 5, 2017 |

Plaintiff Cristalla Condominium Association and Defendant Affiliated FM Insurance Company jointly move the court for an Order Amending the Order Setting Trial Dates and Related Dates (*Dkt. 14*).

The Court's Order Setting Trial Dates and Related Dates sets the deadlines for disclosure of expert testimony under Fed. R. Civ. P. (a)(2) as September 6, 2017; all motions related to discovery must be noted on the motion calendar no later than the Friday before

STIPULATED MOTION & ORDER TO AMEND ORDER SETTING
TRIAL DATE AND RELATED DATES - 1

Case No. 2:16-cv-1838 RSL

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

discovery closes; discovery completion as November 5, 2017; settlement conference as November 19, 2017; and dispositive motions as October 10, 2017. Trial is currently scheduled to begin March 5, 2018. This is the parties' first request to amend the Order Setting Trial Dates and Related Dates.

The parties request that the Court amend the case schedule to ensure efficient discovery and settlement discussions.

Accordingly, the parties bring this Stipulated Motion and ask that the Court extend the following deadlines:

| Case Event | Old Date | New Date |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | 9/6/17 | 9/20/17 |
| Disclosure of Rebuttal Witnesses | 10/6/17 | 10/20/17 |
| Discovery completed by | 11/5/17 | 11/20/17 |
| Settlement conference held by | 11/19/17 | 12/4/17 |

No party will be prejudiced by the extension of these deadlines. Moreover, a short extension of these dates will not impact the other dates in the Court's Order.

///   ///   ///

///   ///   ///

///   ///   ///

///   ///   ///

STIPULATED MOTION & ORDER TO AMEND ORDER SETTING
TRIAL DATE AND RELATED DATES  - 2

Case No. 2:16-cv-1838 RSL

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

1  DATED this 5th day of September 2017.

2  HARPER | HAYES PLLC                                   WILSON SMITH COCHRAN DICKERSON

4  By: s/*Todd C. Hayes*                                  By: s/*Scott M. Stickney*
       Todd C. Hayes, WSBA No. 26361                      Scott M. Stickney, WSBA No. 14540
       s/*Thomas M. Williams*                              s/*Maria Sotirhos*
5      Thomas M. Williams, WSBA No. 47654                 Maria Sotirhos, WSBA No. 21726
       600 University Street, Suite 2420                  901 Fifth Avenue, Suite 1700
6      Seattle, WA 98101                                  Seattle, WA 98164-2050
       **Tel.**    206.340.8010                            **Tel.**    206.623.4100
7      **Fax.**    206.260.2852                            **Fax.**    206.623.9273
       **Email:**  todd@harperhayes.com                    **Email:**  stickney@wscd.com
8              twilliams@harperhayes.com                    sotirhos@wscd.com
       Attorneys for Plaintiff                             Attorneys for Defendant

STIPULATED MOTION & ORDER TO AMEND ORDER SETTING TRIAL DATE AND RELATED DATES - 3

Case No. 2:16-cv-1838 RSL

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

## II. ORDER

Based on the above stipulation, IT IS ORDERED:

The Court amends the following deadlines of the Order Setting Trial Dates and Related Dates:

| Case Event | Old Date | New Date |
| --- | --- | --- |
| Disclosure of expert testimony under FRCP 26(a)(2) | 9/6/17 | 9/20/17 |
| Disclosure of Rebuttal Witnesses | 10/6/17 | 10/20/17 |
| Discovery completed by | 11/5/17 | 11/20/17 |
| Settlement conference held by | 11/19/17 | 12/4/17 |

DONE IN OPEN COURT THIS 6th day of Sept., 2017.

_____
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

Presented by:

| HARPER | HAYES PLLC | WILSON SMITH COCHRAN DICKERSON |

By: s/Todd C. Hayes
   Todd C. Hayes, WSBA No. 26361
   s/Thomas M. Williams
   Thomas M. Williams, WSBA No. 47654
   600 University Street, Suite 2420
   Seattle, WA 98101
   **Tel.** 206.340.8010
   **Fax.** 206.260.2852
   **Email:** todd@harperhayes.com
            twilliams@harperhayes.com
   Attorneys for Plaintiff

By: s/Scott M. Stickney
   Scott M. Stickney, WSBA No. 14540
   s/Maria Sotirhos
   Maria Sotirhos, WSBA No. 21726
   901 Fifth Avenue, Suite 1700
   Seattle, WA 98164-2050
   **Tel.** 206.623.4100
   **Fax.** 206.623.9273
   **Email:** stickney@wscd.com
            sotirhos@wscd.com
   Attorneys for Defendant

STIPULATED MOTION & ORDER TO AMEND ORDER SETTING TRIAL DATE AND RELATED DATES - 4

Case No. 2:16-cv-1838 RSL

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852