The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRISTALLA CONDOMINIUM ASSOCIATION, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AFFILIATED FM INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:16-cv-1838<br><br>STIPULATED MOTION & ORDER TO AMEND ORDER SETTING TRIAL DATE & RELATED DATES |

COME NOW the parties, Plaintiff Cristalla Condominium Association ("Cristalla"), and Defendant Affiliated FM Insurance Company ("AFM"), by and through their counsel of record herein, and hereby stipulate and agree to this Court's entry of the subjoined, agreed Order below for the reasons set forth herein.

## **STIPULATION**

1. Plaintiff Cristalla and Defendant AFM stipulate to this Court's entry of the agreed Order below extending the current trial date and all other pre-trial cut-off dates by 60

STIPULATED MOTION AND ORDER AMENDING MINUTE
ORDER SETTING TRIAL DATE & RELATED DATES
(Cause No. 2:16-cv-1838) – 1
SMS6500.018/2692767x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

days—including cut-off dates for the completion of discovery, the settlement conference date, and the dates for filing all dispositive motions and motions in limine.

2. The parties stipulate to this extension for several reasons. First, the parties wish to proceed to mediation and are presently in the process of scheduling a mediation to occur during the month of December 2017 with mediator Tom Harris. Second, Plaintiff wishes to forestall certain deposition discovery requested by Defendant, permitting only the Rule 30(b)(6) deposition of Plaintiff prior to mediation and conducting all other depositions after mediation (if mediation proves unsuccessful). Third, the parties are awaiting this Court's Order on Plaintiff's pending Motion for Partial Summary Judgment (Docket #17), which has been fully briefed, the outcome of which may impact the scope of discovery and issues for trial. Fourth, Defendant AFM's lead trial counsel, Scott Stickney, has a family obligation that makes the presently set trial date of March 5, 2018, unworkable.

3. The parties believe a 60-day continuance will be sufficient to accommodate their needs and to allow for a mediation to occur in December 2018, after which discovery may be completed if mediation is unsuccessful, affording the parties sufficient time to be ready for trial on or about **May 7, 2018**.

4. While the parties have filed previous stipulated motions to make minor alterations to other pre-trial deadlines (which motions this Court has granted), this is the first request for a change in the trial date. Neither party foresees the need for any further trial

///
///
///
///

STIPULATED MOTION AND ORDER AMENDING MINUTE
ORDER SETTING TRIAL DATE & RELATED DATES
(Cause No. 2:16-cv-1838) – 2
SMS6500.018/2692767x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

continuances other than the one herein requested.

DATED: October 11, 2017

| | |
|---|---|
| *s/ Scott M. Stickney* | *s/ Todd C. Hayes* |
| Scott M. Stickney, WSBA No. 14540 | Todd C. Hayes, WSBA No. 26361 |
| stickney@wscd.com | todd@harperhayes.com |
| Maria E. Sotirhos, WSBA No. 21726 | HARPER │HAYES PLLC |
| sotirhos@wscd.com | One Union Square |
| WILSON SMITH COCHRAN DICKERSON | 600 University St., Ste. 2420 |
| 901 Fifth Avenue, Suite 1700 | Seattle, WA 98101 |
| Seattle, WA 98164 | (206) 340-8010 phone |
| (206) 623-4100 phone | (206) 260-2852 |
| (206) 623-9273 fax | Attorneys for Plaintiff |
| Attorneys for Defendant | Cristalla Condominium Association |
| Affiliated FM Insurance Company | |

## **ORDER**

THIS MATTER having come on regularly for hearing upon the Stipulation of Plaintiff Cristalla and Defendant AFM, above, and the Court being fully advised, now, therefore, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

1. The Court's Minute Order Setting Trial & Related Dates (Docket # 14) is hereby vacated and the present trial date of March 5, 2018, is stricken.

2. The Clerk shall enter a new Minute Order Setting Trial & Related Dates with a new trial date on or about May 7, 2018.

DATED: October 17, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER AMENDING MINUTE
ORDER SETTING TRIAL DATE & RELATED DATES
(Cause No. 2:16-cv-1838) – 3
SMS6500.018/2692767x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Presented by:

By: *s/ Scott M. Stickney*
    Scott M. Stickney, WSBA No. 14540
    stickney@wscd.com
    Maria E. Sotirhos, WSBA No. 21726
    sotirhos@wscd.com
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
(206) 623-4100 phone
(206) 623-9273 fax
Attorneys for Defendant
Affiliated FM Insurance Company

By: *s/ Todd C. Hayes*
    Todd C. Hayes, WSBA No. 26361
    todd@harperhayes.com
HARPER │HAYES PLLC
One Union Square
600 University St., Ste. 2420
Seattle, WA 98101
(206) 340-8010 phone
(206) 260-2852
Attorneys for Plaintiff
Cristalla Condominium Association

STIPULATED MOTION AND ORDER AMENDING MINUTE ORDER SETTING TRIAL DATE & RELATED DATES
(Cause No. 2:16-cv-1838) – 4
SMS6500.018/2692767x



901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273